JS 45 (1/96) Electronic Version

# Criminal Case Cover Sheet – U.S. District Court

**23-cr-39-wmc**

**Place of Offense:**
- City: Madison
- County/Parrish: Dane

**Related Case Information:**
- Superseding: 
- Same Defendant: 
- Docket Number: 
- New Defendant: 
- Magistrate Judge Case Number: 23-mj-1-slc
- Search Warrant Case Number: 
- R 20 / R40 from District of: 

**Defendant information:**
- Matter to be Sealed: Yes ___ No ✓
- Def. Name: Gustavo Reyes
- Alias Name: 
- City/State: Verona, WI
- Year of Birth: 1971
- Last 4 digits of SSN: 7612 and 1059
- Sex: Male
- Race: Hispanic

**U.S. Attorney Information:**
- AARON D. WEGNER
- Bar #: 
- Interpreter: No ___ Yes X
- List language and/or dialect: Spanish

**Location Status:**
- Arrest Date: 
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 1   ___ Petty   ___ Misdemeanor   ✓ Felony
- ___ Class A
- ___ Class B
- ___ Class C

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 26 U.S.C. § 7201 | Attempt to evade or defeat taxes | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** May 2, 2023   **Signature** /s/ AARON D. WEGNER