IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

| | |
|---|---|
| UNITED STATES OF AMERICA | INFORMATION |
| v. | Case No. __23-cr-39-wmc__ |
| GUSTAVO REYES, | 26 U.S.C. § 7201 |
| Defendant. | |

---

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1

1.  At times material to this information:

    a.  GUSTAVO REYES owned and operated Reyes Drywall and Elite Drywall LLC, both sole proprietorship drywall installation businesses that operated in and around Madison, Wisconsin. REYES operated his business as Reyes Drywall during 2013 and 2014 and as Elite Drywall, LLC during 2013, 2014, 2016, and 2017.

    b.  Elite Drywall, LLC is a Wisconsin single member LLC (limited liability company) registered to Reyes which elected to be taxed as a disregarded entity (a Schedule C business similar to a sole proprietorship).

    c.  On his self-prepared income tax returns filed with the Internal Revenue Service (IRS) for the 2013 and 2014 tax years, REYES included a Schedule C for Reyes Drywall which reported profits, taxable income, and related taxes.

    d.  In 2015, the IRS commenced a civil audit of REYES' income tax returns for 2013 and 2014 and determined that he had significantly underreported his

income for those years. Between 2015 and 2019, the IRS sent multiple notices to REYES regarding tax deficiency assessments for the 2013 and 2014 tax years but he did not respond.

    e.    On December 22, 2014, the IRS filed a tax lien in Dane County, Wisconsin, for tax year 2013 against REYES in attempt to collect tax due and owing. On February 9, 2017, the IRS filed a tax lien in Dane County for tax year 2014 against REYES.

    f.    On October 16, 2018, the IRS sent REYES a letter requesting that he file income tax returns for the 2016, 2017, and 2018 tax years. Between November of 2018 and April of 2019, an IRS Revenue Agent filed levies on several business accounts related to REYES' drywall business. On May 3, 2019, the IRS filed an amended tax lien against REYES in Dane County for the 2013 and 2014 tax years.

    g.    On October 12. 2019, REYES used an accountant to file his income tax returns with the IRS for the 2016, 2017, and 2018 tax years. However, REYES failed to make any payment towards the total amount due and owing for these tax years.

    h.    For the years 2013-2018 Reyes owed of $557,907.19 of tax due and owing and as of March 9, 2023, has never made a voluntary payment to the IRS.

    2.    From in or about 2013 to in or about 2020, in the Western District of Wisconsin and elsewhere, the defendant,

GUSTAVO REYES,

willfully attempted to evade and defeat the collection of $557,907.19 of personal income taxes due and owing for the tax years 2013, 2014, 2016, 2017, and 2018, by committing the following affirmative acts of evasion:

    a.    Beginning with tax year 2018 and continuing to 2020, REYES employed up to five nominee entities through which he operated his drywall business, including Royal LLC, American Drywall, and Morales Construction (the nominee entities).

    b.    On January 11, 2018, Royal LLC was registered with the Wisconsin Department of Financial Institutions (DFI) with "Y.J." as the registered agent. REYES instructed "Y.J." to open four different bank accounts at three different banks for Royal LLC. After the bank accounts were created, REYES started operating his drywall business through the bank accounts associated with Royal LLC. Despite listing "Y.J" as the registered agent, REYES handled all aspects of Royal LLC's drywall business, including bidding projects and hiring employees.

    c.    REYES failed to report any of the income from Royal LLC in his personal income tax return for the 2018 tax year.

    d.    On November 30, 2018, American Drywall was registered with DFI with "D.M" as the registered agent. REYES instructed "D.M." to open multiple bank accounts for American Drywall. REYES used the American Drywall bank accounts to operate his drywall business, including depositing checks from contractors and withdrawing cash to pay employees.

    e. On May 22, 2019, Morales Construction was registered with DFI with "R.V" as the registered agent. REYES instructed "R.V" to open a bank account for Morales Construction at BMO Harris. Reyes used the Morales Construction bank account at BMO Harris to operate his drywall business. For example, REYES instructed "R.V" to withdraw cash from the bank account and provide it to him so he could pay his employees. Reyes continued to operate this drywall business through the Morales Construction bank account until at least June of 2020.

    f. By operating his drywall business through the nominee entities, REYES attempted to defeat IRS Collection efforts for tax years 2013, 2014, 2016, 2017, and 2018.

    (All in violation of Title 26, United States Code, Section 7201).

_5-2-2023_
Date

_TIMOTHY M. O'SHEA_
United States Attorney