# COURTROOM MINUTES
# ARRAIGNMENT/PLEA HEARING

DATE: 5/24/2023    DAY: Wednesday    START TIME: 1:05 p.m.    END TIME: 1:51 p.m.
JUDGE/MAG.: Conley    CLERK: LAM    REPORTER: JD
PROBATION OFFICER: Mariah Stieve    INTERPRETER: Paula Navarro-Gom    SWORN: YES ☒ NO ☐
CASE NUMBER: 23-cr-39-wmc    CASE NAME: USA v. Gustavo Reyes

**APPEARANCES:**
ASST. U.S. ATTY.: Aaron Wegner    DEFENDANT ATTY.: William Jones

DEFENDANT PRESENT: YES ☒ NO ☐

**OFFENSE INFORMATION:**
MAXIMUM PENALTY: CT(S) 1 ; 5 YR(S) IMPRISONMENT; $250,000 FINE; 3 YEAR(S) SUPERVISED RELEASE; $100 SPECIAL ASSESSMENT; ☒ RESTITUTION.
DEFENDANT AGE: 50    ☒ INDICTMENT/INFORMATION READ    ☐ DEFENDANT WAIVES READING

**PLEA:**
☒ GUILTY            ☒ DEFENDANT SWORN
☐ NOT GUILTY       ☒ PLEA ACCEPTED AS KNOWING AND VOLUNTARY
☐ NO CONTEST       ☒ DEFT. ADJUDGED GUILTY BY COURT
☐ MUTE

**TRIAL SCHEDULE:**
JURY SEL./TRIAL: ___    TRIAL ESTIMATE: ___ DAYS
PTMH/EVID. HRG.: ___    MOTIONS DUE: ___
FPTC: ___    FPTC SUBMISSIONS: ___
FINAL HEARING: ___

**SENTENCING SCHEDULE:**
PRESENTENCE REPORT DUE: 7/14/2023    OBJECTIONS DUE: 7/28/2023
SENTENCING: 8/17/2023 at 1:00 p.m.

**RELEASE/DETENTION:**
☒ ORDER SETTING CONDITIONS OF RELEASE ENTERED/AFFIRMED.
☐ DEFENDANT DETAINED PENDING TRIAL/SENTENCING.
☐ DEFENDANT TEMPORARILY DETAINED; DETENTION HEARING: ___

**NOTES:**

TOTAL COURT TIME: :46