# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-cr-39-wmc |
| Gustavo Reyes | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 5/24/23

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

William Jones
_Printed name of defendant's attorney_

_____
_Judge's signature_

William Conley  U.S. District
_Judge's printed name and title_