UNITED STATES DISTRICT COURT
for the
WESTERN DISTRICT OF WISCONSIN
at Madison, WI

RECEIVED FROM

Gustavo Reyes
via USPO hand delivery

| Account Code | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 100 | DEPOSIT FUND | | |
| 101 | Trustee Fees | | |
| 102 | Restitution | | |
| 200 | REGISTRY FUND | | |
| 201 | Cash Bail | | |
| 202 | Land Condemnation | | |
| | GENERAL AND SPECIAL FUND | **TOTAL** | |
| 310 | Immigration Fees | | |
| 320 | Attorney Admission Fee | | |
| 330 | Filing Fees | Case Number or Other Reference | |
| 331 | Civil Cases | 23-cr-39-wmc | |
| 332 | Writ of Habeas Corpus | | |
| 333 | Appeals | | |
| 334 | Bankruptcy Cases (Clerk's Fee) | Mexico Passport | |
| 340 | Sale of Publications | No. G39570738 | |
| 350 | Copy Fees | exp- 10/28/2026 | |
| 360 | Miscellaneous Fees | | |
| 380 | Recoveries of Costs | | |
| 390 | Bankruptcy Filing Fees and Special Charges | | |
| | FINES, PENALTIES AND FORFEITURES | | |
| 410 | Agricultural Laws | | |
| 420 | Economic and Stabilization Laws | | |
| 430 | Immigration and Labor Laws | | |
| 440 | Customs, Commerce and Anti-Trust Laws | | |
| 450 | Narcotics, Prohibition and Alcohol Laws | | |
| 460 | Forfeitures of Unclaimed Money and Property | | |
| 470 | Mining Enforcement and Safety Administration | | |
| 480 | Internal Revenue Service (Criminal Fines) | | |
| 490 | Collateral Forfeitures (CVB) | | |
| 500 | Appearance Bond Forfeitures and Other Fines, Penalties or Forfeitures Not Otherwise Classified | | |

DATE 6/01/23    Cash | Check | M.O.

DEPUTY CLERK NLN