July 26, 2023

Juan O. Spencer

3212 Keswick Dr.

Madison, WI 53719

District Judge William M. Conley

120 N. Henry Street

Madison, WI 53703

Your Honor,

    I, Juan Spencer, have been in Wisconsin for 12 years and I own a small drywall company. Gustavo Figueroa is my mom's first cousin, so I call him uncle; but he is a lot more than that. He has also been my best friend ever since I moved to Wisconsin. He has one of the biggest hearts I've known. He is always the first one to help when somebody needs it. He will help a stranger without hesitating, including you if you need his help.

    He is a good person, but he makes mistakes like every other human does. Therefore, I strongly believe he needs a second chance so he can become a better person than he already is. He has a beautiful family that depends on him, and it will be really hard on them if he's not there to take care of them.

Thank you!

Juan O. Spencer

July 12, 2023

Adali Spencer and Family
617 Covey Court
Salina, KS 67401

District Judge William M. Conley
120 N. Henry Street
Madison, WI 53703

Your Honor,

I, Adali Spencer, own a small residential cleaning business in Salina, KS with my 3 sisters, Beatriz, Diana, and Aileen. We are referring to case #29-cr-39-wmc. The purpose of this letter is to inform you of the type of man my uncle, Gustavo Figeroa Reyes, is and why he deserves to continue blessing his family with his presence.

We have known my Uncle Gustavo our whole life. Since I can remember, he has always been there for us in any way possible. Some examples of this are when we moved to the United States in 2012 from Chihuahua, Mexico. He taught us how to adjust to the different lifestyle, assisted us financially, and was always concerned with our well-being throughout this large transition.

Our uncle has always been a charismatic gentleman. He ensures that he calls us often to check in and make sure we are doing well. Whenever someone who is close to him is financially struggling, he is always the first to provide support. He volunteers his earnings to those who are in need by buying raffle tickets to support a local fundraising event, giving donations towards medical bills, and assisting in unpredictable situations.

There have been many times where the family has struggled financially, emotionally, and physically; and he has never faltered in providing us with the support we need. We feel he has more than earned the role of "uncle" in our family. He has shown us that he is reliable and trustworthy. He lives up to his name with integrity and compassion. We have never known a man so willing to put others before himself.

In conclusion, we believe our uncle is the epitome of a worthy citizen and deserves to continue providing care to those who need it. He has shown us that he is a wonderful man who puts others before himself and we would like to see him get more of the opportunity to share that with those around him. We hope you take our experience and love for him into consideration during this time.

Thank you!

Adali Spencer      Angelica Spencer      Beatriz Spencer      Diana Spencer      Aileen Spencer

Minneapolis, Minnesota July 25, 2023.

**Letter of Reference**

To Whom It May Concern:

My name is **Rodolfo G. Trujillo**, I'm an American citizen currently residing at 115 E 58th Street, Minneapolis, MN 55419. I am writing this letter of reference in support of **Mr. Gustavo Figueroa Reyes**. I have known Gustavo since 2019. I have prepared his 2016 to 2022 income tax returns; He is a hard worker and can confidently say that he is a person who is not a danger to society.

If you have any questions, please do not hesitate to contact me at (612) 221-7976.

Sincerely yours,

_____
Rodolfo G. Trujillo

**CERTIFICATE OF ACKNOWLEDGMENT OF NOTARY PUBLIC**

State of Minnesota )
) ss.
County of __Hennepin__ )

On __July 25, 2023__ before me, _____, a notary public in and for said state, appeared __Rodolfo G. Trujillo__, personally known to me (or proved on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____
Notary Public for the State of Minnesota

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

Salvador Barrera
811 Hyatt St
Janesville, Wi
53545

July 28,2023

Re: Gustavo Figueroa Reyes

To: Honorable Judge

I am writing in behalf of Gustavo Figueroa Reyes
Mr. Figueroa and myself have been close friends for over 20 years. In this time he has proven to be a responsible character.
I'm addition to our friendship, he is and outstanding member in the neighborhood.
Gustavo has demonstrated numerous qualities as a valuable person in our society. He is a hard-worker and also always willing to help when needed.
Thank you for accepting and taking time to read my letter.

Sincerely
Salvador Barrera

Good afternoon to whom it concerns,

My name is Raquel Morales Vasquez. I have known Gustavo Figueroa Reyes for about 12 years now. We are close friends. He helps me and my family when in need. He is an incredibly supportive person. I don't consider him a bad person. He makes mistakes, but he is a genuinely nice, understanding person, he is someone I and my children can trust. When I needed a job, he was able to provide me and other people with cleaning houses and he was able to provide us with rides. When in need my family can call him and he would listen, give advice, and try to help us if needed. I have been in rough times, and I would talk to him, and he would be a supportive person. I would like you to take into consideration my words and just know that he is a very great person. Thanks for reading my letter.

*Raquel Morales*
Raquel Morales Vasquez

Good afternoon to whom it concerns,

My name is Martha Gamboa. I have known Gustavo Figueroa since 2011 when I became homeless. I met him through family friends. He provided me with odd jobs so that I would be able to provide for my unborn baby and for myself. He has been a great friend since I have known him. When I needed money, he would be able to provide me with people who would provide me with jobs, when I needed a place to sleep, he would let Raquel know and she would be able to help me with a place to sleep. When I needed work done in my car, he would tell me where to go. When I had an incident with a guy choking me, he stepped in and defended me and asked a relative of his, give me a ride. I do not think he is a bad person; he has been a great person to me and others. He has been my support for many years. He has been there for my daughter when needed. It is now 2023 and if I need help with rent or food, or even car problems I give him a call and sometimes I would be able get help. I appreciate everything he does for me and my daughter. He is a great guy very funny, honest, and an exceptionally reliable guy. Thanks for taking my letter into consideration.

Martha Gamboa

To Whom It May Concern:

Allow me to inform you that I know Mr. Gustavo Figueroa extensively and in detail from 2017 to the present. I have worked with him. He has proven during this time to be an excellent person, respectful, helpful, collaborative, and very responsible. I recommend for any activity, responsibility and task that is assigned to him.

Without anything else to reference, I leave these extensive words of recommendation to you.

Sincerely,

_____Affixed Signature_____
**Gerardo Olivia Leyva**

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

---

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR **GERARDO OLIVIA LEYVA** IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, AND I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

_____
RODOLFO TRUJILLO

Signed and sworn or affirmed before me, 8-8-2023, Notary Public, on August 8, 2023 by **RODOLFO TRUJILLO.**
Charles W. Grant

State of Minnesota
County of Hennepin

_____
Signature of Notary Public

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

Title Notary Public.
My commission Expires: January 31, 2026.

A QUIEN CORRESPONDA:

Me permito informarle que conozco amplia y detalladamente al Sr. Gustavo Figueroa que desde el año 2017 hasta el presente, eh trabajado con el. Ha demostrado durante este tiempo ser una excelente persona, respetuosa, servicial, colaboradora y muy responsable. Recomiendo para cualquier actividad, responsabilidad y tarea que sea asignada.

Sin otro particular a que hacer referencia, hago extensiva estas palabras de recomendacion y quedo de usted.

ATENTAMENTE,

Gerardo Olivia Leyva

Gerardo O.

My dad is a good person, he is always looking out for me. He is a hard worker; he helps people when they need his support. He's not a danger to the people or the city.

He has children in Mexico and has never left them alone. He is always aware that if they lack anything either food, clothes, or things for school.

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR **UNSIGNED** IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, AND I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

RODOLFO TRUJILLO

Signed and sworn or affirmed before me, Rodolfo Trujillo, Notary Public, on August 8,2023 by **RODOLFO TRUJILLO.**

State of **Minnesota**
County of **Hennepin**

**Signature of Notary Public**

Title **Notary Public.**
My commission Expires: **January 31,2026.**

TIMOTHY JOHN JORDAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/25

Mi Papá es una persona buena, el siempre esta al pendiente de uno. Es muy trabajador, ayuda a la gente cuando necesitan de su apoyo. No es un peligro para la gente. o la ciudad.

Tiene hijos en Mexico y nunca los ah dejado solos, siempre esta al pendiente de que si les falta algo ya sea comida, ropa, o cosas para la escuela.

July 26, 2026.

Dear Mr. Judge,

My name is Gustavo Figueroa, I am writing to you with much respect asking for forgiveness and asking for the opportunity to be allowed to correct the mistake I made by not being well informed as to being self-employed.

I now know the people who can instruct and guide me on how to file taxes the way the law requires.

I want to have the opportunity to work and pay off the debt I owe to the IRS.

I am a father of 4 children and two of them still depend on me financially and it would hurt me a lot if they were left unprotected by a mistake I made.

I do not consider myself a danger to society, on the contrary, I consider myself a good-hearted person who is always willing to help those who need it. I have made mistakes like all human beings and today I ask you for the opportunity to make amends.

Mr. Judge, if you give me the opportunity to make correct mistake and work to pay my debt, I promise not to let you down.

Thank you.

_____
Affixed Signature
**Gustavo Figueroa**

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR **GUSTAVO FIGUEROA** IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, AND I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

_____
RODOLFO TRUJILLO

Signed and sworn or affirmed before me _Charles W. Grant_, Notary Public, on August 8, 2023 by **RODOLFO TRUJILLO.**

State of **Minnesota**
County of **Hennepin**

_____
Signature of Notary Public

Title _Notary Public._
My commission Expires: _January 31, 2026._

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

7/26/2026

Estimado senor Juez,

Mi nombre es Gustavo Figueroa, me dirijo a usted con mucho respeto pidiendo perdón y pedirle la oportunidad de que se me permita enmendar el error que cometí al no estar bien informado como trabajar una compañía.

Ahora conozco a las personas que me pueden guiar y orientar para trabajar y declarar impuestos tal y como lo requiere la ley.

Quiero tener la oportunidad de trabajar y pagar la deuda que tengo con el IRS.

Soy padre de 4 hijos y dos de ellos aun dependen económicamente de mí y me dolería mucho que ellos quedaran desprotegidos por un error que yo cometí.

No me considero una persona peligrosa para la sociedad, al contrario, me considero una persona de buen corazón que siempre esta dispuesto ayudar a quien lo necesite. Tengo errores como todos los seres humanos y hoy le pido la oportunidad de enmendarlos.

Señor Juez si usted me da la oportunidad de emendar mi error y trabajar para pagar mi deuda le prometo no defraudarlo.

Gracias

Gustavo Figueroa

July 21,2023.

My name is Saul Hernandez,

I have known Gustavo Figueroa for 10 years. When I met him, I lived with my wife and my children. Unfortunately, I fell into the vice of drugs, and I was struggling living with my family. Gustavo was at that time the only person who did not leave me. Because my family didn't want to help me, Gustavo helped me with food, many times he paid me the hotel so that my little children had a roof over their heads in the winter.

After I separated from my wife, I found another partner who was also addicted to drugs (she already died) and Gustavo always helped us both. I stole things from Gustavo from a winery that he has and still Gustavo continued to help.

Now I am a rehabilitated person and I feel that without Gustavo's help this would not have been possible. Gustavo is a great human being who regardless of the situation of the people, he is always willing to help. He was an important piece in my recovery, I have to thank him very much.

Please Mr. Judge, give him a chance because he is a human being who cares for others.

_____Affixed Signature_____
**Saul Hernandez**

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR **SAUL HERNANDEZ** IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

_____RODOLFO TRUJILLO_____

Signed and sworn or affirmed before me, _Charles W. Grant_, Notary Public, on August 8,2023 by **RODOLFO TRUJILLO.**

State of Minnesota
County of Hennepin

_____Charles W. Grant_____
Signature of Notary Public

Title  Notary Public.
My commission Expires: January 31,2026.

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

Julio 21/2023

Mi nombre es Saul Hernandez,

Conozco a Gustavo Figueroa desde hace 10 años, cuando lo conocí yo vivía con mi esposa y mis hijos Desafortunadamente caí en el vicio de las drogas y anduve batallando donde vivir con mi familia, Gustavo fue en ese entonces la única persona que no me dejo solo porque ni mi familia me quera ayudar, Gustavo me ayudaba con comida muchas veces me pago el hotel para que mis hijos chiquitos tuvieran un echo donde dormir en el invierno.

Después que me separe de mi esposa conseguí otra pareja que estaba también en el vicio de las drogas (ella ya murió) y Gustavo siempre nos ayudó a los dos, yo le robaba cosas a Gustavo de una bodega que él tiene y aun así Gustavo seguía ayudando.

Ahora ya soy una persona rehabilitada y siento que sin la ayuda de Gustavo esto no hubiera sido posible. Gustavo es un gran ser humano que sin importa la situación de las personas el siempre esta dispuesto ayudar él fue una pieza importante en mi recuperación yo a él le tengo que agradecer mucho,

Por favor señor Juez dele una oportunidad porque el es un ser humano que se preocupa por los demás.

SAUL Hernández

Mr. Judge.

First of all, good day my name is Irving. I am the son-in-law of Gustavo Figueroa, and I would like to talk a little about what I see in him, from the moment I met him. Being with his daughter he gave me the impression of being a good father. Eventually I realized that he is, as well as a good friend to many of the people who live with him and who always see him. Trying to help those who most occupy him, I certainly know that he has never stopped helping his children and looking for the greatest possible way to live with them, I know that you have a lot to continue to help I ask you please to give you the opportunity to continue being that good person and that you try to make everyone around you okay.

Thank you so much for reading my letter, it's just what I see in him.

_____
Affixed Signature
**Irving Felix**

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR ___**IRVING FELIX**___ IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF OUR KNOWLEDGE, ABILITY AND BELIEF.

_____
RODOLFO TRUJILLO

Signed and sworn or affirmed before me, *Charles W. Grant*, Notary Public, on August 8, 2023 by **RODOLFO TRUJILLO.**

State of **Minnesota**
County of **Hennepin**

_____
Signature of Notary Public

Title **Notary Public.**
My commission Expires: **January 31, 2026.**

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

Sr. Juez.

Primero que nada, buen día mi nombre es Irving soy yerno de gustavo figueroa y me gustaria hablarle un poco de lo que veo en el, desde el momento que lo conoci, al estar con su hija el me dio la impresion de ser un buen padre y con el tiempo me fui dando cuenta que si lo es, así como buen amigo para muchas de las personas que convivimos con el y que siempre lo vemos tratando de ayudar a los que mo lo ocupamos, se ciertamente que jamas ha dejado de ayudar a sus hijos y buscando la mayor forma posible de convivir con ellos se que tiene mucho para seguir ayudando le pido de favor que le de la oportunidad de continua siendo esa persona buena y que trata de qu todos los que estamos a su alrededor estemos bien.

muchas gracias por leer mi carta, es solamente lo que yo veo en el.

Irving Félix

Mr. Judge.

I'm Camila, I live in Mexico, I just turned 15 in March. With this happening to my dad I don't know what to do with my future and that of my younger brother. I want to come to study in the USA and live with my dad because he is the only support I have in the USA. He is a good person and always helps others, He treats his children very well, he loves my brothers very much. He's not a bad person for the community and he helps his family. If my dad gets thrown in jail, I wouldn't have the opportunity to study here in the US, I don't know what mistakes he made, but I know he didn't do it to hurt anyone.

My dad is a good person, he is always looking out for me. He is a hard worker; he helps people when they need his support. He's not a danger to the people or the city.

He has children in Mexico and has never left them alone. He is always aware that if they lack anything either food, clothes, or things for school.

Please, Mr. Judge, give my dad the opportunity to continue caring and helping his family.

Thank you.

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR ___CAMILA FIGUEROA___ IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, AND I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

_____
RODOLFO TRUJILLO

Signed and sworn or affirmed before me _Charles W. Grant_, Notary Public, on August 8, 2023 by RODOLFO TRUJILLO.

State of Minnesota
County of Hennepin

_____
Signature of Notary Public

Title Notary Public.
My commission Expires: January 31, 2026.

Charles W. Grant
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2026

Señor Juez

Soy Camila vivo en Mexico acabo de cumplir 15 años en Marzo y con esto que le esta pasando a mi papa no se que valla a pasar con mi foturo y el de mi hermano mas pequeño.

Quiero venir a estudiar a USA y vivir con mi papa porque el es el unico apoyo que tengo en USA, el es una boena persona y siempre ayuda a los demas trata muy bien a sus hijos, quiere mucho a mis hermanos. No es una mala persona para la comonidad y ayuda a su familia si a mi papa lo llegan a meter a la carcel yo no tendria la oportunidad de estudiar aqui en USA No se que errores el cometio pero yose que no lo hico para lastimar a nadie.

Por favor señor Juez dele a mi papá la oportunidad de seguir cuidando y ayuda a su familia

Gracias.

Mrs. Judge, I'm addressing you to talk about my experience towards a person, Gustavo Figueroa when I arrive and to date has always helped me with the opportunity to get to live at home, since I arrive with nothing, has always been kind to me and has advised and taught me to work always seeking to give work to me and other friends and colleagues; I always consider him a good person, I have seen that he always extends a hand to others, he has never called my attention, has a very patient character always looking for a way that you learn well in doing things, he knows very well how it is here and always advising, where he can give one working.

---

**AMERICAN TRANSLATOR ASSOCIATION MEMBER NUMBER 222293**

RODOLFO TRUJILLO, CERTIFIES: THAT THE TRANSLATOR OF THE REFERENCE LETTER FOR **UNSIGNED** IS FAMILIAR WITH BOTH THE ENGLISH LANGUAGE AND THE WRITTEN ASPECTS OF THE SPANISH LANGUAGE, AND I HEREBY DECLARE THAT THE SAME REFLECTS A TRUE COMPLETE TRANSLATION TO THE BEST OF MY KNOWLEDGE, ABILITY AND BELIEF.

RODOLFO TRUJILLO

Signed and sworn or affirmed before me, _Rodolfo Trujillo_, Notary Public, on August 8,2023 by **RODOLFO TRUJILLO.**

**State of Minnesota**
**County of Hennepin**

**Signature of Notary Public**

Title _Notary Public._
My commission Expires: _January 31,2026_.

TIMOTHY JOHN JORDAN
NOTARY PUBLIC - MINNESOTA
MY COMMISSION EXPIRES 01/31/25

Señor Juez para dirijirme asia usted para hablar de mi experiencia hacia una persona Gustavo Figueroa Cuando yo llegue y asta la fecha siempre me ha ayudado con la oportunidad de llegar a vivir a su casa ya que yo llegue sin nada siempre se ha mostrado amable conmigo y me ha aconsejado y enseñado a trabajar buscando siempre darme trabajo a mi y a otros amigos y compañeros lo considero siempre una buena persona e visto que siempre le tiende la mano a los demas nunca me ha llamado la atencion tiene un caracter de mucha paciencia buscando siempre la manera de que aprendas bien ha hacer las cosas el conoce muy bien como es aqui y siempre aconsejando donde puede andar uno trabajando